UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-80088-CIV-SMITH

DISH NETWORK L.L.C.
and NAGRASTAR LLC,

    Plaintiffs,

v.

ROBERT REICH, individually and d/b/a
Channel Broadcasting Corporation of Belize
Ltd., Channel Broadcasting Cable,
CBC Cable, and CBC,

    Defendant.
_____/

**FILED UNDER SEAL**



FILED BY ____PCS____ D.C.

APR 20 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## PLAINTIFFS' MOTION FOR EXTENSION ON TIME TO EFFECTUATE SERVICE AND MOTION TO CONTINUE HEARING SCHEDULED FOR APRIL 23, 2020 AND INCORPORATED MEMORANDUM OF LAW

Plaintiffs DISH Network L.L.C and NagraStar LLC, by and through the undersigned counsel of record, and pursuant to Rule 7.6, S.D. Fla. L. R., moves this Court for an extension of time to effectuate service on the Defendant, Robert Reich, and for a continuance of the hearing on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze [DE 4] scheduled for April 23, 2020, and further states that:

*Motion*

1.     Plaintiffs filed under seal their Complaint [DE 1], *Ex Parte* Motion to Seal [DE 2], and *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze [DE 4], on or about January 21, 2020.

2.     The Court entered its Sealed Order on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze ("TRO") on April 9, 2020.

2

3. The undersigned was served with the TRO at the close of business on Friday, April 10, 2020.

4. Counsel for Plaintiffs began efforts first thing Monday morning, April 13, 2020, to serve the TRO on various third party banks and financial institutions in accordance with the TRO.

5. The TRO sets the following timeframes/deadlines: i) April 17, 2020, as Defendant's deadline to respond to the Complaint; ii) April 21, 2020, as Plaintiffs' deadline to reply to the response; and iii) a hearing on the matter for April 22, 2020 (said hearing would later be re-noticed for April 23, 2020).

6. Plaintiffs confirmed service on the banks and financial institutions on April 15, 2020, and immediately began to attempt service on the Defendant.

7. As of the date of this Motion, reasonable service attempts have been made on Defendant (see Declaration of Chad Hagan filed herewith) but have not been successful.

8. The undersigned requests an additional 7 (seven) days to effectuate service and provide Defendant with enough time to file a response, give Plaintiffs a new deadline to reply to Defendant's response, and have a subsequent hearing on the matter.

*Memorandum of Law*

9. General Rule 7.6 of the Local Rules for the Southern District of Florida contemplates that continuances may be granted upon the showing of good cause when supported by an affidavit.

10. As evidenced by the Declaration of Chad Hagan, the Plaintiff has made reasonable and good faith efforts to achieve service within the timeframe originally required by the TRO. Notwithstanding the efforts of the Plaintiff, Defendant has yet to be personally served.

11. Plaintiff's diligence to date and the continued need to obtain personal service on the Defendant in order to effectuate this Court's TRO on the Defendant and to bring the Defendant within the personal jurisdiction of the Court represent good cause for this Court to grant an extension of time to Plaintiff for the service of the TRO on the Defendant as well as to grant a continuance of the initial hearing contemplated by the TRO.

WHEREFORE, Plaintiffs DISH Network L.L.C and NagraStar LLC respectfully request an additional seven (7) days up to and including April 24, 2020, in which to effectuate service on the Defendant and for the Court to set new deadlines for Plaintiffs' reply and the hearing on the TRO.

Dated: April 17, 2020

Respectfully submitted,

 s/ James A. Boatman, Jr.  
James A. Boatman, Jr.  
jab@boatman-law.com  
Florida Bar No. 0130184  
**THE BOATMAN LAW FIRM PA**  
3021 Airport-Pulling Road North, Suite 202  
Naples, FL 34105  
Telephone: (239) 330-1494  

Attorneys for Plaintiffs DISH Network L.L.C., and NagraStar LLC