UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-80088-CIV-SMITH

DISH NETWORK LLC and
NAGRASTAR LLC,

    Plaintiffs

v.

ROBERT REICH, individually and d/b/a
Channel Broadcasting Corporation of Belize
Ltd., Channel Broadcasting Cable, CBC
Cable, and CBC

    Defendant
_____/

### Affidavit of Service on Robert Reich/Channel Broadcasting Cable in Belize

City of Belize City
Nation of Belize

    Sworn to and subscribed before me, PERSONALLY APPEARED before me, an officer duly authorized by law to administer oaths, John Wiltshire, who after first being duly sworn, states:

1. My name is John Wiltshire, and I am a registered process server with the Supreme Court of Belize in the nation of Belize. I am over the age of 18, not a felon, and I am not a party to this action. I have no interest in the outcome of this action and I am not related to any party to this action, through employment or otherwise.

2. On April 24, 2020, at 10:00 a.m. Belize local time, I served Robert Reich at his place of residence at the following address: No.64 Bella Vista, Belize City, Belize. I am aware that the aforementioned address is Robert Reich's residence because I have lived in Belize City all my life and I am very familiar with the City. I am a former Police Officer whom a times had to patrol the City. Also, due to my post as a process server, I am always traveling different areas in the City and the country of Belize. I personally know Robert Reich since he is a relatively well-known individual in Belize City since he is a male businessman of Jewish descent with brown hair color and brown eyes. I can confirm that Robert Reich is the individual in the picture that was provided to me by the Plaintiffs' Attorneys-at-Law. The said picture of Robert Reich is hereto produced to me, exhibited hereto and marked "J.W.-1".

3. I served the following documents: Sealed Notice of Resetting Hearing; Sealed Order on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Assert Freeze; Sealed Order Granting Plaintiffs' *Ex Parte* Motion for Order Temporarily Sealing Case; Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, Preservation Order, and Asset Freeze and Memorandum of Law in Support Thereof; Plaintiffs' *Ex Parte* Motion for Order Temporarily

Sealing Case and Memorandum in Support; Gedeon Declaration with Exhibits 1–13; Hagen Declaration with Exhibits 1–37; Gee Declaration; Civil Cover Sheet; Complaint; Issued Summons as to Robert Reich; and Plaintiff DISH Network L.L.C.'s Rule 7.1 Disclosure Statement; and Plaintiff NagraStar LLC Rule 7.1 Disclosure Statement.

Signed this 24th day of April, 2020.

John Wiltshire, Process Server
Nation of Belize

Sworn to and subscribed before me

At Belize City, Belize

This 24th day of April, 2020

RODWELL R.A. WILLIAMS, S.C.
Notary Public
My Commission is unlimited



2

"J.W.-1"

