**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Case No. 9:20-cv-80088-SMITH

DISH NETWORK L.L.C. and
NAGRASTAR LLC,

        Plaintiffs,

v.

ROBERT REICH, CAROL REICH and
CHANNEL BROADCASTING
CORPORATION OF BELIZE LIMITED,

        Defendants.
_____/

**AGREED JUDGMENT AND PERMANENT INJUNCTION AGAINST**
**DEFENDANTS ROBERT REICH, CAROL REICH, AND CHANNEL**
**BROADCASTING CORPORATION OF BELIZE LIMITED**

This matter came before the Court upon the Joint Motion for Judgment and Permanent Injunction [DE 62] (the "Motion") filed jointly by Plaintiffs DISH Network L.L.C. and NagraStar LLC (collectively "DISH") and Defendants Robert Reich, Carol Reich, and Channel Broadcasting Corporation of Belize Limited (collectively "Defendants"). The Court **GRANTS** the Motion and **ORDERS** as follows:

1. Judgment is entered for DISH against Defendants on Counts I and II of its Complaint asserting claims under the Federal Communications Act, 47 U.S.C. §§ 605(a) and 605(e)(4) (the "FCA").

2. DISH is awarded statutory damages of $15,852,000.00 under the FCA, calculated at the parties' agreed upon amount of $750.00 for each of the 21,136 access credentials sold and supported by Defendants to the CBC Service through which Defendants provided unauthorized access to DISH's television programming.

3. Defendants, and anyone acting in active concert or participation with Defendants that receives actual notice of the order, are <u>permanently enjoined</u> from, directly or indirectly:

    (a) receiving, retransmitting or copying, or assisting others in receiving, retransmitting or copying, any of DISH's, or its subsidiaries or affiliates, including without limitation Sling TV's, satellite or over-the-top Internet transmissions of television programming or any content contained therein ("DISH Programming");

    (b) operating any website, business or service, or trafficking in any technology, product, service, device, component, application, passcode, access credential or part thereof, that is primarily of assistance in the unauthorized reception of DISH Programming.

4. Each party shall bear its own attorneys' fees and costs in this case.

5. The Stipulated Preliminary Injunction entered on May 27, 2020 [DE 41] is hereby dissolved and replaced by this Agreed Final Judgment and Permanent Injunction.

6. The Court retains jurisdiction over this action after it becomes a final action for a period of three (3) years for the purpose of enforcing this judgment and permanent injunction.

7. This matter is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 8th day of December 2020.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record